**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6148**

_____

WARREN RUSSELL,

             Plaintiff - Appellant,

        v.

JON E. OZMINT; A. J. PADULA, Warden; MARGRET E. BELL,
Associate Warden; J. J. BROOKS, Associate Warden; MS.
WHITNEY,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  J. Michelle Childs, District
Judge. (9:10-cv-01246-JMC)

_____

Submitted:  June 30, 2011            Decided:  July 6, 2011

_____

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Warren Russell, Appellant Pro Se.  Lisa Arlene Thomas, THOMPSON
& HENRY, PA, Conway, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Russell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Russell v. Ozmint, No. 9:10-cv-01246-JMC (D.S.C. Jan. 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED